No. 63790.—Bloomingdale Bros., Inc., et al. *v.* United States, protests 53098–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63791.—W. A. Taylor & Co., Inc. *v.* United States, protests 88062–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63792.—Lehmann Imports, Inc., et al. *v.* United States, protests 112527–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 63793.—Capitol Wine & Spirit Corp. *v.* United States, protests 113844–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 63794.—Capitol Wine & Spirit Corp. *v.* United States, protests 121895–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.,* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63795.**—D. Recher & Co. v. United States, protest 58/25433–10390 (Chicago).

Opinion by RICHARDSON, J. It was stipulated that the merchandise consists of bitters containing spirits, fit for beverages purposes, which are subject to a Federal tax on the alcoholic content measured in whole or in part by the rate of the internal Federal tax imposed in respect of the alcohol contained in the like domestic products. In view of the stipulation and following Abstract 62185, the claim of the plaintiff was sustained.

**No. 63796.**—Frank P. Dow Co., Inc., of L. A. v. United States, protest 59/5693 (Los Angeles).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63797.**—Rohner Gehrig & Co., Inc. v. United States, protest 59/11525 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63798.**—D. J. Ambrosio v. United States, protest 59/11588 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63799.**—Lux Scientific Instrument Corp. v. United States, protest 59/16535 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63800.**—C. H. Powell Co., Inc. v. United States, protest 59/16640 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, FEBRUARY 11, 1960

**No. 63801.**—Kurt S. Adler, Inc. v. United States, protest 59/12255 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.